# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guo Lian Luo, | No. CV-25-04682-PHX-JJT (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, *et al.*, | |
| Respondents. | |

Petitioner challenged his present immigration detention on the basis that Respondents failed to follow the appropriate procedure for revoking Petitioner's bond. (Doc. 1.) The Court directed Respondents to respond to the Petition (Doc. 5.) Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's bond was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

. . .

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of December, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -